_____

No. 95-3826SI
_____

United States of America,            *
                                      *
              Appellee,               *    Appeal from the United States
                                      *    District Court for the Southern
       v.                             *    District of Iowa.
                                      *
Odell Whitfield,                      *    [UNPUBLISHED]
                                      *
              Appellant.              *
_____

Submitted:  April 9, 1996

Filed:  April 17, 1996
_____

Before FAGG, JOHN R. GIBSON, and BOWMAN, Circuit Judges.
_____


PER CURIAM.


     Having been convicted of mailing threatening letters to a federal judicial officer, Odell Whitfield was sentenced to 27 months imprisonment and three years of supervised release.  After Whitfield began serving his term of supervised release, the district court modified Whitfield's conditions of release by imposing several additional conditions.  Whitfield contends restricting his movements and limiting his consumption of alcohol "are not reasonably related to the crime charged and the purposes of the sentencing."  We disagree.  The district court did not abuse its discretion in modifying Whitfield's conditions of release.  In our view, the conditions challenged by Whitfield are reasonably related to the nature and circumstances of his offense and his history and characteristics.  We thus affirm the district court's order modifying Whitfield's conditions of supervised release.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.